Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARK A. FREDRICKSON, an individual,

Plaintiff,

v.

ZOETOP BUSINESS CO., LTD., a Hong Kong private limited company, individually and doing business as "SHEIN"; SHEIN DISTRIBUTION CORP., a Delaware corporation; ROADGET BUSINESS PTE., LTD, a Singapore private limited company; SHEIN US SERVICES, LLC, a Delaware Corporation; SHEIN TECHNOLOGY, LLC, a Delaware Corporation; and DOES 1 through 10,

Defendants.

Case No.: 2:25-cv-00459-DMG-E

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00459-DMG-W

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ROADGET BUSINESS PTE., LTD.
was received by me on *(date)* 03/06/2025

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PARACORP INCORPORATED, AS REGISTERED AGENT, ACCEPTED BY KEONDRA MANLOVE (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* ROADGET BUSINESS PTE., LTD. 2140 S. DUPONT HIGHWAY, CAMDEN, DE 19934 on *(date)* 03/06/2025 AT 2:50 PM ______

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______

I declare under penalty of perjury that this information is true.

Date: 03/06/2025

[signature]
*Server's signature*

FRANK PRITCHETT PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH DEMAND FOR JURY TRIAL; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; INITIAL SANDING ORDER;